## ROCHESTER *v.* ROCHESTER.

124  993
128   54

Upon the petition of the wife against the husband, the pleadings were sufficient, the evidence authorized the finding, and the judgment allowing temporary alimony to be expended solely for the children will not be disturbed.

Submitted January 24,—Decided February 19, 1906.

Petition for alimony. Before Judge Bartlett. Haralson superior court. July 27, 1905.

Florence Rochester instituted her suit for divorce against Wiley Rochester. Among other appropriate prayers was one for tempo-

rary alimony for herself and three minor children, the issue of the marriage. This suit was filed December 22, 1904. No demurrer was filed, but on December 31, 1904, the defendant answered at length and prayed for divorce from the plaintiff. On March 23, 1905, the plaintiff presented a supplemental petition, reciting the previous petition and praying for temporary alimony. By agreement the answer previously filed was used as an answer to the last petition, and the affidavits previously taken were used on the hearing, which occurred on July 27, 1905. The court adjudged that the defendant, until further order, pay to the sheriff of the county four dollars per month, to be expended for the support of the three minor children. The defendant excepted.

*E. S. Griffith,* for plaintiff in error. *Price Edwards,* contra.

ATKINSON, J. The relief is obtained at the suit of the wife. The object of alimony is the support of the children as well as the wife. There may be reason for allowing alimony with direction that the same be applied to the use of one to the exclusion of the other. When the judge so finds without abusing his discretion, his judgment will not be disturbed.

*Judgment affirmed. All the Justices concur.*